Fourth Department, September, 1945.

(September 26, 1945.)

Mary Somogye, as Administratrix of the Estate of Stephen Somogye, Deceased, Respondent, v. New York Central Railroad Company, Appellant, et al., Defendants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $45,779.90, as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Harris, J., who dissents and votes for affirmance on the ground that on the question of damages the record shows no reason to substitute the judgment of this court for that of the jury. (The judgment is for plaintiff in a railroad negligence action. The order denies defendant's motions for a new trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

Tide Water Associated Oil Company, Appellant-Respondent, v. Edward P. Fletcher, Individually and Doing Business as Fletcher Oil Company, et al., Respondents-Appellants.— Order modified so as to grant the motion to strike out the defense consisting of new matter contained in paragraphs "Sixth", "Seventh", "Eighth", "Ninth", and "Twelfth" of the defendants' answer, and to deny the motion as to paragraphs "Fourth", "Fifth", "Tenth", and "Eleventh", and as modified affirmed, without costs of this appeal to any party. All concur, except Dowling, J., not voting. (The order grants in part plaintiff's motion to strike out portions of defendants' answer but denies plaintiff's motion directed to other parts of the answer.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

Lawrence Mnich, Appellant, v. American Radiator Company, Respondent. — Judgment and order affirmed, without costs of this appeal to either party. All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial on the ground that the verdict is against the weight of the evidence, that the court erred in excluding proof as to the availability and necessity of respirators, and that the jury failed to give reasonable consideration to the evidence. (The judgment is for defendant for no cause of action in an action for damages for injuries alleged to have been sustained by plaintiff by reason of his having contracted silicosis. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.